No. 702. COMI *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Julian R. Manelli* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 177, Misc. KIRBY *v.* WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied. Petitioner *pro se. Thomas B. Finan,* Attorney General of Maryland, and *Donald H. Noren* for respondent.

No. 217, Misc. WRIGHT *v.* UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Gerald P. Choppin* for the United States et al.

No. 226, Misc. HOLT *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Charles J. McCarthy* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 292, Misc. KYLE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 633, Misc. SMITH *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 629, Misc. SEITERLE *v.* WILSON, WARDEN. Supreme Court of California. Certiorari denied. *Earl Klein* for petitioner.